# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 38 WM 2015

Respondent

v.

CHARLES STEPHON JOHNSON,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of August, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel has not established that the failure to present a timely filing was due to anything other than her own negligence, Petitioner is entitled to a counsel-filed allocatur petition. *See* Pa.R.Crim.P. 122(B). Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.